Filed in U.S. Bankruptcy Court
Newnan, Georgia

MAY 1 5 2024

By: _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-12529-pmb |
| DEBORAH ELAINE COCHRAN, | ) | CHAPTER 7 |
| Debtor. | ) | JUDGE BAISIER |

### AMENDED NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT

Griffin E. Howell, III, Trustee of the above named Estate, hereby shows the following:

1.  In accordance with 11 U.S.C. Section 341(a), payment has been stopped on all checks of the estate which remain unpaid, as identified in Paragraph 2. The total sum of the check(s) is $13,547.53 which has been deposited with the Court for disposition pursuant to 28 U.S.C. Sections 2041 et. seq.

2.  Pursuant to FRBP 3011, the last known name and address of each entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate, which has been paid into the Court, is as follows:

| Name and Last Known Address | Amount |
|---|---|
| Deborah Elaine Cochran<br>80 Newnan Lakes Boulevard<br>Apt. 902<br>Newnan, GA 30263 | $13,547.53 |

Dated:  5/9/2024

Respectfully submitted,

_____
Griffin E. Howell, III
Chapter 7 Trustee
GA BAR NO. 372225

127 ½ E. Solomon Street
P.O. Box 2271
Griffin, GA   30224
Ph: (770) 227-4015
Fax: (770) 227-0112
newhow@bellsouth.net

Griffin E. Howell, III
Griffin E. Howell, III & Assoc., LLC
P.O. Box 2271
Griffin, GA  30224

ATLANTA GA RPDC 302

9 MAY 2024 PM 10 L

quadient

FIRST-CLASS MAIL

IMI
$000.64

US POSTAGE

CLEARED DATE

MAY 1 6 2024

U.S. Marshals Service
Atlanta, GA 30303

Clerk, U.S. Bankruptcy Court
Newnan Division
18 Greenville Street
Newnan, GA   30263

30263-278852